UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :       INDICTMENT

        -v.-                     :       S1    08 Cr. 636

PERFECTO ANTONIO-GENAN,             :
  a/k/a "Pedro Germosen,"
  a/k/a "Samuel Huertas,"            :

        Defendant.              :

- - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

JUL 11 2008

## COUNT ONE

The Grand Jury charges:

From at least in or about January 2008 up to and including July 7, 2008, in the Southern District of New York and elsewhere, PERFECTO ANTONIO-GENAN, a/k/a "Pedro Germosen," a/k/a "Samuel Huertas," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been removed from the United States on or about October 2, 2002 subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about April 7, 1998, in New York County Supreme Court, New York County, for Criminal Sale of a Controlled Substance in the Third Degree, a violation of New York State Penal Law Section 220.39, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

PERFECTO ANTONIO-GENAN,
a/k/a "Pedro Germosen,"
a/k/a "Samuel Huertas,"

Defendant.

INDICTMENT

08 Cr.

(8 U.S.C. § 1326(a) & (b)(2).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Angela L. Luis*
Foreperson.

*7/11/08 - Fld. Superseding Indictment 5'
Assigned to Judge Berman.*

*Eaton, J. U.S.M.J.*
*A.L.*