**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 29, 2008

**Via Facsimile**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/08

Re:   United States v. Perfecto Antonio-Genan,
      S1 08 Cr. 636 (RMB)

Dear Judge Berman,

Following my conversation with your deputy yesterday, the Government respectfully requests an adjournment of the conference originally scheduled for 2:30 today. The writ to transfer the defendant into federal custody has not yet been executed.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Amie N. Ely
Assistant United States Attorney
212-637-2214

Adjournment is granted. Conference is now scheduled for 8-20-08 at 12:15 p.m.

SO ORDERED:
Date: 7-29-08
Richard M. Berman, U.S.D.J.

TOTAL P.02
07/29/08  TUE 13:48  [TX/RX NO 8589]